**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

HONG JIANG,
XIANHUA LIN,
YAN LIU, and
YINGYING ZHAO,
*on behalf of themselves and others similarly situated*

                *Plaintiffs*,

v.

LASH BELLE EYELASH EXTENSIONS INC
d/b/a LASH BELLE EYELASH EXTENSIONS,
MISEON KIM a.k.a MINA KIM,
and LIHUA HAN a.k.a EVA HAN,

                *Defendants*.

---------------------------------------------------------------x

Case No. 20-cv-06531

29 U.S.C. § 216(b)
**COLLECTIVE ACTION &**
**FED. R. CIV. P. 23 CLASS**
**ACTION**

~~[Proposed]~~ **ORDER**

    **WHEREAS**, Plaintiffs filed a complaint on August 17, 2020, alleging that Defendants have violated the Fair Labor Standards Act, and New York Labor Law for failure to pay applicable minimum wage and overtime compensation, and other statutory violations;

    **WHEREAS**, none of the parties in the above-captioned action is an infant or incompetent person;

    **WHEREAS**, the parties in the above-captioned action wish to settle the disputes among themselves, and discontinue the litigation;

    **WHEREAS**, having reviewed the proposed settlement agreement Dkt. No. 22-1 and related submissions, the Court finds, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), that the agreement is fair and reasonable and that the attorneys' fees are reasonable. *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012); and

    **IT IS ORDERED** that the motion for settlement Dkt. No. 22 is granted, and the settlement is approved.

1

2

**IT IS FURTHER ORDERED** that the Plaintiffs are directed to file a Stipulation of Dismissal within 21 days of this order.

The initial conference scheduled for 11/23/2020 is hereby cancelled.

**SO ORDERED:**

_____
Hon. Philip M. Halpern
United States District Judge

Dated: New York, NY
November 17, 2020

2