# EXHIBIT A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JIANG et al.

       Plaintiffs,

  v.

LASH BELLE EYELASH EXTENSIONS
INC et al.

       Defendants.
-------------------------------------------------------------x

Case No.20-cv-06531

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

Dong, Adam's Law Firm PLLC
*Attorneys for the Plaintiffs*

By: /s/ Adam Dong
Adam Dong, Esq.
3708 Main St, Ste 308
Flushing, NY 11354
Tel: (929) 269-5666

The Law Office of Diane H, Lee, P.C.,
*Attorneys for Defendants*

/s/
Diane H. Lee, Esq.
140 Sylvan Avenue Suite 203
Englewood Cliff, NJ 07632
Tel: (201) 363-0101

SO ORDERED.

/s/
Philip M. Halpern
United States District Judge

Dated: New York, New York
   November 30, 2020